**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>ALONZO ZUELL<br><br>Debtor(s) | Case No. 15-40624 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/30/2015.

2) The plan was confirmed on 09/07/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 12/12/2018.

6) Number of months from filing to last payment: 35.

7) Number of months case was pending: 37.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $12,733.50 |
| Less amount refunded to debtor | $1.50 |
| **NET RECEIPTS:** | **$12,732.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,930.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $562.16 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,492.16** |

Attorney fees paid and disclosed by debtor:   $760.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Acceptance Now | Unsecured | 1,564.00 | NA | NA | 0.00 | 0.00 |
| ADOBE BLINDS | Unsecured | 9,523.00 | NA | NA | 0.00 | 0.00 |
| ALARIC AND RHONDA MARTIN | Unsecured | 100.00 | 2,875.00 | 2,875.00 | 746.39 | 0.00 |
| ALLIED ANESTHESIA ASSOC | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| ANGELO TSAKOPPOULOS MD SC | Unsecured | 112.80 | NA | NA | 0.00 | 0.00 |
| BMI | Unsecured | 270.84 | NA | NA | 0.00 | 0.00 |
| BMI SURGERY SC | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,794.00 | 1,675.00 | 1,675.00 | 434.85 | 0.00 |
| CBCS | Unsecured | 137.70 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 147.90 | NA | NA | 0.00 | 0.00 |
| CHERIE MCDOWELL | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO CEILING CARE | Unsecured | 3,500.00 | 3,450.00 | 3,450.00 | 895.67 | 0.00 |
| CITIBANK NA | Unsecured | 2,350.53 | NA | NA | 0.00 | 0.00 |
| CITY NATIONAL BANK/OCWEN LN | Secured | 180,000.00 | NA | NA | 0.00 | 0.00 |
| CITY NATIONAL BANK/OCWEN LN | Unsecured | 50,214.67 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO HEIGHTS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| City of St. Louis | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 570.09 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 811.00 | 1,181.80 | 1,181.80 | 306.81 | 0.00 |
| CREDIT UNION 1 | Unsecured | 7,545.00 | NA | NA | 0.00 | 0.00 |
| CREDIT UNION 1 | Unsecured | 6,726.00 | 5,540.23 | 5,540.23 | 1,438.33 | 0.00 |
| DELMAR BUILDERS | Unsecured | 2,937.00 | 0.00 | 8,211.39 | 2,131.80 | 0.00 |
| DELMAR BUILDERS | Secured | NA | 8,211.39 | 0.00 | 0.00 | 0.00 |
| DRIVE FIN | Unsecured | 18,091.00 | NA | NA | 0.00 | 0.00 |
| ENT SURGICAL CONSULTANTS LTD | Unsecured | 301.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 1,366.57 | NA | NA | 0.00 | 0.00 |
| FISHER BUILDERS RE | Unsecured | 17,404.20 | NA | NA | 0.00 | 0.00 |
| FLOOR COVERINGS DIRECT INC | Unsecured | 3,000.00 | 2,800.37 | 2,800.37 | 727.02 | 0.00 |
| HEARTLAND CARDIOVASCULAR CE | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| HEATLAND CARDIOVASCULAR CEN | Unsecured | 102.16 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS SECRETARY OF STATE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 895.10 | 844.94 | 844.94 | 219.36 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2.06 | 0.00 | 0.00 | 0.00 | 0.00 |
| KING HVAC SYSTEMS LLC | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| MEDIA LOAD ACT | Unsecured | 14.71 | NA | NA | 0.00 | 0.00 |
| MR DUCT HEARING & AIR CONDITIC | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collection Service Inc. | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 150.00 | 1,207.72 | 1,207.72 | 313.54 | 0.00 |
| Q'S CLEANING SERVICES | Unsecured | 3,000.00 | 3,600.00 | 3,600.00 | 934.62 | 0.00 |
| Quest Diagnostics | Unsecured | 200.10 | NA | NA | 0.00 | 0.00 |
| RENUKA H BHATT MDSC | Unsecured | 202.52 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 10,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 10,000.00 | 17,691.26 | 17,691.26 | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 2,225.00 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| SILVERCROSS HOSPITAL | Unsecured | 2,225.97 | NA | NA | 0.00 | 0.00 |
| SILVERCROSS HOSPITAL | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| SOUTH SUBURBAN GASTROENTERC | Unsecured | 160.66 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 215.50 | NA | NA | 0.00 | 0.00 |
| STRIGHTLINE PAINTING GIRLFRIENI | Unsecured | 7,800.00 | NA | NA | 0.00 | 0.00 |
| SURGICAL CONSULTANTS | Unsecured | 835.00 | NA | NA | 0.00 | 0.00 |
| THE CASH STORE | Unsecured | 3,119.96 | 3,118.96 | 3,118.96 | 809.73 | 0.00 |
| TRU GREEN | Unsecured | 65.50 | 65.60 | 65.60 | 15.61 | 0.00 |
| United Tranzactions | Unsecured | 1,025.00 | 1,025.00 | 1,025.00 | 266.11 | 0.00 |
| Wells Fargo Recovery | Unsecured | 7,700.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Recovery | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$53,287.27** | **$9,239.84** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,492.16 |
| Disbursements to Creditors | $9,239.84 |
| **TOTAL DISBURSEMENTS** : | **$12,732.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/26/2018                    By: /s/ Tom Vaughn
                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**